1  Patricia L. Peden (SBN 206440)
   E-mail:  ppeden@bwslaw.com
2  Kristin E. Charbonnier (SBN 294919)
   E-mail:  kcharbonnier@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
4  Oakland, CA  94612-3520
   Tel:  510.273.8780   Fax:  510.839.9104
5
   Attorneys for Defendant and Cross-Complainant
6  BRUNSWICK CORPORATION, a Delaware Corporation

7

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 IN re UBS FINANCIAL SERVICES, INC.          ) Case No. 4:23-mc-80004-HSG
   SUBPOENA,                                   )
13                                             ) **STIPULATION OF MOVANT BRUNSWICK**
                                               ) **CORPORATION AND THIRD-PARTY UBS**
14                                             ) **FINANCIAL SERVICES, INC. TO EXTEND**
                                               ) **THE DEADLINE FOR BRUNSWICK TO**
15                                             ) **FILE ITS REPLY BRIEF IN SUPPORT OF**
                                               ) **ITS MOTION TO COMPEL AND FOR**
16                                             ) **CONTEMPT RE UBS SUBPOENA; ORDER**
                                               )
17                                             )
                                               ) Date:       April 27, 2023
18                                             ) Time:       2:00 p.m
                                               ) Courtroom: 2, 4th Floor
19                                             ) Judge:      Hon. Haywood S. Gilliam, Jr.
                                               )
20                                             )
                                               )
21                                             )
                                               )
22 _____

23

24           Movant BRUNSWICK CORPORATION ("Brunswick") and Third-Party UBS

25 FINANCIAL SERVICES, INC. ("UBS") by and through their counsel hereby agree and stipulate as

26 follows:

27

28                                   - 1 -
   **STIP. OF UBS/BRUNSWICK TO EXTEND DEADLINE FOR BRUNSWICK TO FILE**
   **REPLY BRIEF - Case No. 4:23-mc-80004-HSG**

1. WHEREAS, Brunswick re-filed a *Motion to Compel UBS Subpoena and for Finding of Contempt* (the "Motion" or "Motion to Compel") on January 24, 2023;

2. WHEREAS, Brunswick previously granted UBS additional time to file its opposition;

3. WHEREAS, Brunswick and UBS agree that Brunswick's reply shall be due on February 22, 2023.

4. WHEREAS, nothing in this stipulation shall effect either parties' ability to make procedural or substantive arguments, nor shall this stipulation prejudice UBS' ability to argue that the Motion or the briefing thereof does not comply with the requirements of the Court's standing order regarding discovery disputes.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT: BRUNSWICK's deadline to file a Reply in Support of its Motion shall be extended to and include February 22, 2023.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED:  January 31, 2023

*/s/ Patricia L. Peden*
PATRICIA L. PEDEN
KRISTIN E. CHARBONNIER
Attorneys for Defendant and Cross-Complainant
BRUNSWICK CORPORATION

DATED:  January 31, 2023

*/s/ Stefan Perovich*
STEFAN PEROVICH
TERESA J. THONG
KEESAL, YOUNG & LOGAN
Attorneys for Third-Party
UBS FINANCIAL SERVICES, INC.

- 2 -

**STIP. OF UBS/BRUNSWICK TO EXTEND DEADLINE FOR BRUNSWICK TO FILE REPLY BRIEF - Case No. 4:23-mc-80004-HSG**

**ORDER**

Having considered the parties' Stipulation and good cause appearing therefore, **IT IS HEREBY ORDERED** that Brunswick Corporation's deadline for the Reply Brief in support of the Motion to Compel UBS Subpoena and for Finding of Contempt shall be extended to and include February 22, 2023.


**IT IS SO ORDERED.**


Dated: 2/2/2023

HAYWOOD S. GILLIAM JR.
United States District Court Judge

- 3 -
**STIP. OF UBS/BRUNSWICK TO EXTEND DEADLINE FOR BRUNSWICK TO FILE REPLY BRIEF - Case No. 4:23-mc-80004-HSG**